UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WANDA OVALLES, INDIVIDUALLY | : | |
| AND P.P.A. A. OVALLES AND | : | |
| WILSON OVALLES, | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | C.A. NO. 14-137M |
| | : | |
| SONY ELECTRONICS INC.; | : | |
| BEST BUY CO., INC.; FOXCONN | : | |
| INTERNATIONAL INC.; AND | : | |
| JOHN DOE CORPORATIONS 1-4, | : | |
|     Defendants | : | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7, now come the plaintiffs and hereby respectfully request an oral argument pertaining to the issues presented in their motions to compel previously filed on October 15, 2015 (Documents 39, 41 and 43). Plaintiffs estimate that the hearing on these motions will require approximately two hours.

| | |
|---|---|
| Plaintiff, | Plaintiffs, |
| Wilson Ovalles | Wanda Ovalles, Individually and p.p.a. |
| By his Attorneys, | A. Ovalles |
| | By their Attorneys, |
| | |
| /s/ Amato A. DeLuca | /s/ William J. Ronalter |
| Amato A. DeLuca (#0531) | William J. Ronalter |
| **DeLUCA & WEIZENBAUM, LTD.** | Federal Bar No. ct10006 |
| 199 North Main Street | James W. Bergenn |
| Providence, RI 02903 | Federal Bar No. ct00006 |
| (401) 453-1500 | Mark K. Ostrowski |
| (401) 453-1501 Fax | Federal Bar No. ct03378 |
| bud@dwlaw.us | **SHIPMAN & GOODWIN, LLP** |
| | One Constitution Plaza |
| | Hartford, CT 06103-1919 |
| | (860) 251-5000 |
| | (860) 251-5216 Fax |
| | jbergenn@goodwin.com |
| | mostrowski@goodwin.com |
| | wronalter@goodwin.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies have been sent to those indicated as non-registered participants (if applicable) on this 26th day of October 2015.

/s/ Amato A. DeLuca