# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WANDA OVALLES, INDIVIDUALLY AND P.P.A. ADRIAN OVALLES AND WILSON OVALLES,<br><br>Plaintiffs<br><br>v.<br><br>SONY ELECTRONICS INC., BEST BUY CO., INC., FOXCONN INTERNATIONAL INC., AND JOHN DOE CORPORATIONS 1-4,<br><br>Defendants | CIVIL ACTION<br><br><br><br><br>NO. 14-137 |

## ENTRY OF APPEARANCE

I, John F. Kelleher of Higgins, Cavanagh & Cooney, LLP, hereby enter my appearance on behalf of defendant, Sony Electronics Inc. in the above-entitled matter.

*/s/ John F. Kelleher*

John F. Kelleher, Esq. (#3854)
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

## CERTIFICATE OF SERVICE

I, John F. Kelleher, certify that on the 29th day of October, 2015, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. Counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

*/s/ John F. Kelleher*