UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WANDA OVALLES, INDIVIDUALLY
AND P.P.A. ADRIAN OVALLES AND
WILSON OVALLES,
    Plaintiffs

    v.                                                                                    C.A. No.: 14-137M

SONY ELECTRONICS, INC.,
BEST BUY CO., INC., FOXCONN
INTERNATIONAL INC., AND
JOHN DOE CORPORATIONS 1-4,
    Defendants

## ASSENTED TO MOTION TO EXTEND TIME

Defendant, Sony Electronics, Inc., hereby moves for an extension of time up to and including November 23, 2015 within which to file its response to:

1.    Plaintiff Wilson Ovalles' Motion to Strike Objections and Compel Supplemental Answers to Interrogatories Propounded to Defendant Sony Electronics, Inc. (Document 39).
2.    Plaintiff Wanda Ovalles' Motion to Strike Objections and Compel Supplemental Answers to Interrogatories Propounded to Defendant Sony Electronics, Inc. (Document 41).
3.    Plaintiff Wanda Ovalles' Motion to Strike Objections and Compel Supplemental Production of Documents from Defendant Sony Electronics, Inc. (Document 43).

As grounds for its motion, defendant states that additional time is necessary to analyze the issues identified by plaintiffs through their Motions, the original time for compliance has not yet expired, and plaintiffs have agreed to the requested extension.

I03896

Defendants,
Sony Electronics, Inc.
By their attorneys,


    */s/ John F. Kelleher*
Gerald C. DeMaria, Esq. (#0637)
John F. Kelleher, Esq. (#3854)
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903-3987
401-272-3500

Robert J. Hafner, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 22nd Floor
50 S. 16th Street
Philadelphia, PA 19102
*Pro Hac Vice Counsel for Sony Electronics*


## CERTIFICATION

    I hereby certify that on this  29th  day of October, 2015, a true copy of the within document was electronically mailed to:

| | |
|---|---|
| William J. Ronalter, Esq.<br>James W. Bergenn, Esq.<br>Mark K. Ostrowski, Esq.<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT  06103<br>*Counsel for Wanda Ovalles and Adrian Ovalles* | Amato A. DeLuca, Esq.<br>DeLuca & Weizenbaum, Ltd.<br>199 North Main Street<br>Providence, RI 02903<br>*Counsel for Wilson Ovalles* |
| Robert J. Hafner, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>Two Liberty Place, 22nd Floor<br>50 S. 16th Street<br>Philadelphia, PA 19102<br>*Counsel for Sony Electronics* | Thomas C. Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Place, Suite 810<br>Providence, RI 02903<br>*Counsel for Foxconn International, Inc.* |


    */s/ John F. Kelleher*

I03896