**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WANDA OVALLES, INDIVIDUALLY
AND P.P.A. ADRIAN OVALLES AND
WILSON OVALLES,
   Plaintiffs

  v.              C.A. No.: 14-137M

SONY ELECTRONICS, INC.,
BEST BUY CO., INC., FOXCONN
INTERNATIONAL INC., AND
JOHN DOE CORPORATIONS 1-4,
   Defendants

## DEFENDANT, SONY ELECTRONICS, INC.'S, OBJECTION TO PLAINTIFFS' MOTIONS TO STRIKE OBJECTIONS AND COMPEL SUPPLEMENTAL DISCOVERY

  Defendant, Sony Electronics, Inc., hereby objects to Plaintiff, Wilson Ovalles', Motion to Strike Objections and Compel Supplemental Answers to Interrogatories (Document #39), Plaintiff, Wanda Ovalles' Motion to Strike Objections and Compel Supplemental Answers to Interrogatories (Document #41), and Plaintiff, Wanda Ovalles', Motion to Strike Objections and Compel Supplemental Production of Documents (Document #43).

  As grounds for its Objection, defendant relies upon the attached Memorandum of Law and accompanying exhibits.

              Defendants,

              Sony Electronics, Inc.
              By their attorneys,

              */s/ John F. Kelleher*
              Gerald C. DeMaria, Esq. (#0637)
              John F. Kelleher, Esq. (#3854)
              HIGGINS, CAVANAGH & COONEY, LLP
              123 Dyer Street
              Providence, RI 02903-3987
              401-272-3500

>Robert J. Hafner, Esquire
>Eckert Seamans Cherin & Mellott, LLC
>Two Liberty Place, 22nd Floor
>50 S. 16th Street
>Philadelphia, PA 19102
>*Pro Hac Vice Counsel for Sony Electronics*

## CERTIFICATE OF SERVICE

I, John F. Kelleher, certify that on the 23rd day of November, 2015, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. Counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

> */s/ John F. Kelleher*