Case 1:14-cv-00137-M-PAS Document 48-1 Filed 12/03/15 Page 1 of 8 PageID #: 794

WANDA OVALLES, ET AL. vs. SONY ELECTRONICS INC., ET AL.
04/23/2015 Julio Posse

```
 1  batteries can cause heat explosions and fire?
 2              MR. HAFNER:  Objection to form.
 3      A   Well, I cannot talk about explosions, because
 4  Sony has devices, Sony cells have devices will not
 5  allow the battery to explode, but I can describe how
 6  can they overheat.
 7  BY MR. BERGENN:
 8      Q   And when they overheat can they have thermal
 9  runaways?
10      A   I don't know what you mean by the term
11  thermal runaway.
12      Q   Well, is it your testimony that you don't
13  know of a single instance of a lithium ion battery
14  produced by Sony or one of its contractors that
15  resulted in a fire?
16      A   No, that's not what I said.
17      Q   Okay.  So how is it that it results in a
18  fire?  Describe the process by which a battery results
19  in a fire?
20      A   Well, one issue could be overcharging, right,
21  that is if a mechanism that could, the battery could
22  be overcharged.  Many, many things have to happen for
23  that battery or cell to overcharge.
24      Q   And when it over charges, or something
25  happens to it and it gets to a certain point, how is
```

Case 1:14-cv-00137-M-PAS Document 48-1 Filed 12/03/15 Page 2 of 8 PageID #: 795

WANDA OVALLES, ET AL. vs. SONY ELECTRONICS INC., ET AL.
04/23/2015                                                    Julio Posse

```
 1   it that it goes from that point into fire?  What makes
 2   the fire?
 3       A   The electrolyte, once it starts to reach a
 4   certain temperature, it becomes a gas, and if the gas
 5   is expelled from the cell, that might ignite.
 6       Q   Right.  And when gas ignites, it causes fire?
 7       A   Correct.
 8       Q   And when gas ignites in a contained
 9   environment where the pressure increases, that causes
10   an explosion?
11           MR. HAFNER:  Objection to form.
12   BY MR. BERGENN:
13       Q   That's the basic physics, right?
14       A   Yes.
15       Q   Can you think of any method by which, in an
16   enclosed environment, gas is ignited and there's no
17   explosion?
18       A   Yes.  If there is a safety vent, for example,
19   that breaks when the pressure reaches a certain point,
20   it will escape through the opening and not explode,
21   explode meaning break in the can.  So that will not
22   happen.
23       Q   So when it breaks, but doesn't breaks the
24   can --
25       A   Correct.
```

Case 1:14-cv-00137-M-PAS Document 48-1 Filed 12/03/15 Page 3 of 8 PageID #: 796

WANDA OVALLES, ET AL. vs. SONY ELECTRONICS INC., ET AL.
04/23/2015                                                    Julio Posse

```
 1      Q    That's because it shoots out the end?
 2      A    Correct.
 3      Q    And when it shoots out the end, what's the
 4   word you use to describe that phenomenon?
 5      A    Venting.
 6      Q    Oh, venting.  And when it vents, does it vent
 7   expelling superheated fire.
 8      A    Superheated fire?
 9      Q    What's the temperature when it vents?
10      A    I would say it's over 2000 degrees.
11      Q    And what is it that vents?
12      A    The gas from the electrolyte becoming,
13   because the rise in temperature will become gas, and
14   that will expel.
15      Q    What else comes out besides gas?  At 2000
16   degrees --
17      A    You might have --
18      Q    -- does copper or aluminum melt?
19      A    Yes, you might have particles.  Sorry.
20      Q    And when the gas ignites, within the gas are
21   these other metals, correct?
22      A    Correct.
23      Q    Every lithium ion battery consists at that
24   point of gas and metals?
25              MR. HAFNER:  Objection to form.
```

Case 1:14-cv-00137-M-PAS   Document 48-1   Filed 12/03/15   Page 4 of 8 PageID #: 797

WANDA OVALLES, ET AL. vs. SONY ELECTRONICS INC., ET AL.
04/23/2015                                                                   Julio Posse

```
 1      A    Yes.
 2   BY MR. BERGENN:
 3      Q    And when that gas ignites to 2000 degrees,
 4   those metals vent with the gas, don't they?
 5      A    It's possible, yes.
 6      Q    Generally that's what happens?
 7      A    Yes.
 8      Q    When it doesn't happen, that would be an
 9   exception, correct?
10      A    The depends on the event, how the event
11   occurs inside the cell, what the short circuit is, and
12   the intensity of the current path.
13      Q    Okay. But generally speaking, when a cell
14   vents at 2000 degrees, it expels the gas and the
15   liquid metal, correct?
16      A    Yes, generally.
17      Q    And that means liquid metal is being
18   propelled outside the battery at that point, correct?
19              MR. HAFNER:  Objection to form.
20      A    Maybe, maybe not.
21   BY MR. BERGENN:
22      Q    Right. Generally speaking. I can't cover
23   every single one here, but generally speaking when
24   you've got 2000 degree ignited gas, and it is
25   surrounding metal that has a temperature of being
```

```
 1   liquefied substantially below 2000 degrees, correct?
 2       A   Correct.
 3       Q   So generally speaking when those things
 4   ignite, they expel liquid metal?
 5       A   Well, again, it depends on the situation.  If
 6   you have a cell here and another cell in a series with
 7   that in place immediately adjacent to that, that is
 8   going to contain expulsion of gases.
 9       Q   Right.  So when the gas expels with the metal
10   and there is no next cell, or there is no, I guess,
11   boundary, there is no intervening metal, that's going
12   to shoot out, correct?
13       A   If you consider the cell by itself in the
14   surface, yes, I would agree with that.
15       Q   Okay.  So how is it that lithium ion cells
16   sometimes have that experience?  What causes that?
17       A   To my knowledge what could cause that
18   experience is a short circuit inside the cell when the
19   separator is perforated by a particle that has been
20   introduced, and that could be the cause, or an
21   internal short circuit in case of some cells that are
22   not manufactured to the correct standard.
23       Q   And that's very rare, correct, when that
24   happens.  That's not a common phenomenon.  It's not
25   like a certain percentage of lithium ion cells are
```

Case 1:14-cv-00137-M-PAS Document 48-1 Filed 12/03/15 Page 6 of 8 PageID #: 799

WANDA OVALLES, ET AL. vs. SONY ELECTRONICS INC., ET AL.
04/23/2015 Julio Posse

```
 1   going to just have this phenomenon.  It's a very rare
 2   occurrence, correct?
 3        A    Correct.
 4        Q    And what you've described is a particle or a
 5   short circuit due to manufacturing not made to code,
 6   or made to specifications?
 7        A    Standards, yes.
 8        Q    Right.  Are there any other things that have
 9   happened to your knowledge that have resulted in these
10   expulsions of 2000 degree gas via lithium ion cell?
11        A    When a battery explodes already to a fire and
12   it discharges and is exposed to a fire, an external
13   fire, could potentially short circuit inside and cause
14   the same effect, I've seen that.
15        Q    So those are three different things that
16   you've identified.  In your experience, are there any
17   other circumstances where lithium ion batteries have
18   been superheated and expelled the 2000 degree gas with
19   the inside of the cell?
20        A    Not that I recall at the moment.
21        Q    Have you ever read anything at SEL that lists
22   the various potential things that can cause this
23   phenomenon?
24        A    No.
25        Q    So I don't have to keep calling it this
```

```
 1        Q    Is it your testimony that there has never
 2   been a Sony cell or battery that had a defect?
 3        A    I didn't say that.
 4        Q    I'm asking you.
 5        A    No.
 6        Q    Is it your testimony that there have been
 7   Sony cells and batteries with defects?
 8        A    Yes.
 9        Q    Can you describe the defects with which you
10   are familiar?
11        A    My understanding is that, and that's the
12   reason for the recall in 2006, that there were some
13   cells in which particles were introduced during the
14   manufacturing process, and that could be considered a
15   defect.
16        Q    And why?  Why is that a defect to have
17   particles introduced during the manufacturing?
18        A    If the particles are over a certain size,
19   they can perforate the separator and cause a short
20   circuit internal to the battery.
21        Q    And what happens if that happens?
22        A    It depends where the particle is located.
23        Q    Right.  And describe the range of things that
24   have happened when particles have been introduced
25   during their manufacture?
```

Case 1:14-cv-00137-M-PAS Document 48-1 Filed 12/03/15 Page 8 of 8 PageID #: 801

WANDA OVALLES, ET AL. vs. SONY ELECTRONICS INC., ET AL.
04/23/2015                                                              Julio Posse

```
 1      A    Well, it could be something just from a
 2   failure, the cell stopped to work, and it could be
 3   something as to venting.  If the particle is in the
 4   right location, it could be venting.
 5      Q    And how is it that the particle results in
 6   venting?
 7      A    Because it perforates the separator, and it
 8   produces a short circuit.
 9      Q    And when it produces a short circuit, why
10   does that result sometimes in venting?
11      A    Because it generates internal heat, and there
12   could be, the short circuit could increase in size
13   given the hole in the separator, could increase in
14   size.  The separator is typically itself healing, but
15   if the particle exceeds certain size, it won't
16   self-heal, and it will cause enough heat, the short
17   circuit will cause enough heat to have the cell vent.
18      Q    And that has happened before?
19      A    Yes.
20      Q    And that happened enough times to result in a
21   recall?
22      A    Yes.
23      Q    And when was it that you first learned that
24   that happened?
25      A    I heard about it -- I don't know the exact
```