## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WANDA OVALLES, INDIVIDUALLY AND P.P.A. A.O., AND WILSON OVALLES, | : | Case No. 3:14-CV-137-M-PAS |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -v- | : | |
| | : | |
| SONY ELECTRONICS, INC., BEST BUY CO., INC., FOXCONN INTERNATIONAL, INC., AND JOHN DOE CORPORATIONS 1-4, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' OBJECTION TO DEFENDANT SONY ELECTRONICS, INC.'S
MOTION FOR LEAVE TO SUBMIT A SURREPLY AND PLAINTIFFS' MOTION
FOR LEAVE TO RESPOND TO SONY ELECTRONICS, INC.'S SURREPLY**

Pursuant to D.R.I. LR Cv. 7, Plaintiffs respectfully submit Plaintiffs' Objection To

Defendant Sony Electronics, Inc.'s Motion For Leave To Submit A Surreply (ECF 54)

("SEL's Motion For Leave") and Plaintiffs' Motion For Leave To Respond To Sony

Electronics, Inc.'s Surreply (ECF 55) ("SEL's Surreply").  Plaintiffs request that the Court

note Plaintiffs' objection to SEL's Motion For Leave, and that the Court permit Plaintiffs

to submit a ten (10) page or less response to SEL's Surreply on or before April 15, 2016.

Plaintiffs further request that the Court permit Plaintiffs to reserve the right to address and

obtain relief in regard to Sony Electronics' prior representations that conflict with the

information and documents contained in SEL's Surreply.  A separate memorandum of law

setting forth the reasons why the relief requested should be granted accompanies this

objection and motion.

Dated: March 28, 2015

Respectfully Submitted,

PLAINTIFFS WANDA OVALLES, INDIVIDUALLY AND P.P.A A.O, AND WILSON OVALLES

By: */s/ Miriam Weizenbaum*

DELUCA & WEIZENBAUM, LTD.
Amato A. DeLuca
Miriam Weizenbaum
199 N. Main Street
Providence, RI 02905
Telephone: (401) 453-1500
Facsimile: (401) 453-1501
bud@delucaandweizenbaum.com
miriam@delucaandweizenbaum.com

*Attorneys for Plaintiff Wilson Ovalles and Plaintiff Wanda Ovalles, individually and P.P.A. A.O.*

SHIPMAN & GOODWIN LLP
James. W. Bergenn (*pro hac vice*)
Mark K. Ostrowski (*pro hac vice*)
William J. Ronalter (*pro hac vice*)
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
jbergen@goodwin.com
mostrowski@goodwin.com
wronalter@goodwin.com

*Attorneys for Plaintiff Wanda Ovalles, individually and P.P.A. A.O.*

## **CERTIFICATION**

This is to certify that on March 28, 2016, a copy of the foregoing was sent electronically to the following Parties:

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
*Counsel for Wilson Ovalles*
Bud@delucaandweizenbaum.com

Robert J. Hafner, Esq.
Eckert, Seamans, Cherin & Mellott, LLC.
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
*Counsel for Sony Electronics and Best Buy*
rhafner@eckertseamans.com

John Kelleher, Esq.
Higgins, Cavanagh & Cooney, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903
*Counsel for Sony Electronics and Best Buy*
jkelleher@hcc-law.com

James M. Campbell, Esq.
David M. Rogers, Esq.
Diana A. Chang, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
*Counsel for Sony Electronics*
jmcampbell@Campbell-trial-lawyers.com
drogers@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Place Ste 810
Providence, RI 02903
*Counsel for Foxconn International, Inc.*
angelonelaw@aol.com

*/s/ Miriam Weizenbaum*_____

4674492v1