UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WANDA OVALLES, Individually and P.P.A. ADRIAN OVALLES and WILSON OVALLES<br>　　　　　　Plaintiffs<br><br>vs.<br><br>SONY ELECTRONICS INC.; BEST BUY CO., INC.; FOXCONN INTERNATIONAL INC.; and JOHN DOE CORPORATIONS 1-4<br>　　　　　　Defendants | C.A. No. 14-cv-00137-M-PAS |

## STIPULATION TO EXTEND TIME TO RESPOND TO REQUEST FOR PRODUCTION

It is hereby agreed, by and between the parties, that Defendant, **Foxconn International Inc.**, may have an additional twenty-one (21) days within which to respond to Plaintiff's, **Wanda Ovalles**, request for production, *to wit,* on or before April 29, 2016.

/s/ Amato A. DeLuca
Amato A. DeLuca, Esq.  #0531
　*Attorney for Plaintiff, Wanda Ovalles*
**DeLUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, Rhode Island 02903
401-453-1500
bud@dwlaw.com

Dated:   April 8, 2016

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.  #1373
　*Attorney for Defendant, Foxconn*
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
401-274-0200
Fax 401-274-7538
angelonelaw@aol.com

## CERTIFICATION

I hereby certify that on this 8th day of April, 2016, I caused a copy of the within Stipulation to be electronically transmitted to the following attorney(s) of record:

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
bud@dwlaw.com

James W. Bergenn, Esq.
Mark K. Ostrowski, Esq.
William J. Ronalter, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
jbergenn@goodwin.com
mostrowski@goodwin.com
wronalter@goodwin.com

John Kelleher, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street, 4th Floor
Providence, RI 02903
jkelleher@hcc-law.com

Robert J. Hafner, Esq.
Eckert Seamans Cherin & Mellot
Two Liberty Place, 22nd Floor
50 S. 16th Street
Philadelphia, PA 19102
rhafner@eckertseamans.com

James M. Campbell, Esq.
David M. Rogers, Esq.
Diana A. Chang, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
jmcampbell@campbell-trial-lawyers.com
drogers@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.   #1373