# EXHIBIT 41

**Cumberland, Catherine**

| | |
|---|---|
| From: | Gray, Don [Don.Gray@tais.toshiba.com] |
| Sent: | Friday, July 06, 2007 1:02 PM |
| To: | Stern, Richard; Cumberland, Catherine; Wolfson, Scott |
| Subject: | CPSC Limited Full Report Filed on Behalf of Toshiba America Information Systems, Inc. -- Subject Sony G6B Battery Pack |
| Importance: | High |
| Attachments: | CPSC Limited Full Report 070607.doc; Radio Shack Complaint Form 070307.mdi; Webposting 070607.doc; DRAFT TOSHIBA COVER LETTER TO CUSTOMERS - 3.DOC |

CONFIDENTIAL

Mr. Stern / Ms. Cumberland:

Attached is the CPSC Limited Full Report of incidents involving Sony Corporation G6B battery packs filed on this date on behalf of Toshiba America Information Systems, Inc. ("TAIS"). Please note that Toshiba does not have sufficient information responsive to Questions 4, 5 and 10. We refer you to the Full Report filed, or to be filed, by Sony Corporation for Sony's response to these questions. We emphasize that on a world-wide basis, Toshiba sold approximately 5,100 notebook computers containing the subject G6B battery packs. Of this number, approximately 4,100 Toshiba notebook computers were sold in the U.S.A.

I have also attached the only complaint received by TAIS. This document was sent to us from Radio Shack and is self-explanatory. Our proposed web posting is also attached.

The last attachment is a draft letter to be sent to TAIS customers.

I wish to report to you that within the last 36 hours, Toshiba was made aware of another incident involving the Sony G6B battery pack. This incident, which occurred in Japan, is not included in the attached Limited Full Report. To the best of my knowledge, there were no reports of personal injuries or property damage. The Toshiba notebook computer involved in this incident, including the battery pack, have been shipped to Sony Corporation for Sony's review and analysis. At this time, Toshiba does not have any additional information regarding the battery pack. We have insufficient information to be able to provide any additional information to you at this time. For example, we do not know the manufacturing lot of the subject battery pack. I expect that more information will be available on Monday, July 9, 2007. I will supplement my report to you with the latest information.

Finally, I have not attached any draft Press Releases. It is my understanding that the CPSC is working with Sony Corporation to develop an agreed press release regarding this matter. Prior to publication, I would appreciate having an advance copy of any proposed CPSC press release which I can discuss with appropriate Toshiba personnel in Japan.

I welcome any comments that you might have, and I appreciate your professional assistance and cooperation.

Thank you.
*************************************************************
Donald S. Gray, Esq.
Vice President, General Counsel & Secretary
Toshiba America Information Systems, Inc.
9740 Irvine Boulevard
Irvine, California 92618-1697
Telephone: (949) 583-3516
Facsimile: (949) 587-6235

*************************************************************
This e:mail communication is confidential and may be legally privileged. If you are not the indicated addressee, please disregard and delete this e:mail immediately.

7/9/2007



# QUALITY SERVICE IS OUR PRIORITY!

## SERVICE INVOICE

| Retail Store # | 01-1818 | Service Invoice # | 883274 | | Page 1 of 1 |
|---|---|---|---|---|---|
| Store | PHILA-CHESTNUT, 1616 CHESTNUT ST | | | | ROUTE #: 611 |
| | PHILADELPHIA, PA 19103 | | | | CHARGE TO: 01-1818 |
| | (215)568-1282 | | | | Return NO |

Serviced By  RADIOSHACK SERVICE CENTER, 40-0204
420 COMMERCE LANE, SUITE 5 & 6
WEST BERLIN, NJ 08091

**Manager**  LINDA L. MCBRIDE
(856)768-3711  Fax(856)768-5907

**Regional Director**  CUSTOMER CARE CENTER
(800)867-3783

Service For:  JACKSON, PHILIP  Home(215)520-7844  Work( )  --
1326 S. CARLISLE ST.,
PHILADELPHIA, PA 19146

| In Store | By | In Center | Brand | Model | Catalog # |
|---|---|---|---|---|---|
| 05/14/07 | AMD | 05/22/07 | TOSHIBA COMPUTR | PSA5A2U-04C018 | 2500383 |

| Serial # | Pur. Date | Warranty | | In | Out | CFIG | Serv. Contract # |
|---|---|---|---|---|---|---|---|
| 360345550 | 08/09/06 | CUST | Parts | | X | | |
| | | CUST | Labor | | X | | |

Complaint/Config: BATTERY EXPLODED
Condition: FEW SCRATCHES BATTERY COMPARTMENT BURNED
Accessories: POWER CORD

*Service Estimate*

| | | | | |
|---|---|---|---|---|
| Proceed With Repair: | [ ] | Authorized By | | Labor |
| Return Unit Unrepaired | [ ] | Customer [ ] | Date | Parts |
| No Response Received | [ ] | Store [ ] | Verified By | Total |

### TECHNICAL SERVICES PERFORMED

Complaint Code  [ INOA ]
Service Code    [ NORA ]

| Qty | Part Number | Part Loc. | Description | Amount |
|---|---|---|---|---|

Technician Comments:

UNIT FORWARDED TO TOS. KEITH TAGUE. SEE NOTES FOR TRK#

| | | | 05/25/07 | | .00 |
|---|---|---|---|---|---|
| | RUDY S. | Starting Time | 05/25/07 | Parts Total | .00 |
| Technician | | Completed Time | | Labor Total | .00 |
| | | Total Time (min.) | | Subtotal | |
| Q/C By | Should you have any questions regarding your repair, please call our service center | | | Shipping/Handling | |
| | at the number listed above. Thank you for your business! | | | Tax | |

**Notice to Customer: Please read important information on back**
Total

CUSTOMER COPY

## TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
(hereinafter "TAIS")
a California Corporation
9740 IRVINE BOULEVARD
IRVINE, CALIFORNIA 92618

## CONFIDENTIAL AND PROPRIETARY INFORMATION OF TAIS

## 16 C.F.R. § 1115.13(d) FULL REPORT INFORMATION REQUESTED

(1)  The name, address, telephone and fax number, and title of the person submitting the "full report" information to the Commission.

>   Donald S. Gray, Esq.
>   Vice President, General Counsel & Secretary
>   Toshiba America Information Systems, Inc.
>   9740 Irvine Boulevard
>   Irvine, California 92618
>   (949) 583-3516
>   (949) 587-6235 fax
>   E:mail:  don.gray@tais.toshiba.com

(2)  The name and address of the manufacturer (or importer) of the product and the addresses of the manufacturing plants for each product brand and series/models manufactured.

>   Importer of the Product:
>
>   Toshiba America Information Systems, Inc.
>   9740 Irvine Boulevard
>   Irvine, California 92618
>
>   Manufacturing Plants for each Product Brand and Series/Models:
>
>   Inventec (Pudong) Corporation
>   699 Puxing Road, Min Hang District, Shanghai 201114, P. R. China
>   (Shanghai Caohejing Export Processing Zone)

(3)  An identification and description of the product(s). Give retail prices, brand name, series/model numbers, and date codes, along with all information necessary to decipher the date codes. Describe any identifying marks and their location on the product. Please also provide the inclusive dates of manufacture for each product series.

Page 2

| Model | Computer Model Prefix Number (first 2 digits of serial number) | Model Prefix (first 6 characters) | Manufacturing Date Range | Estimated Retail Pricing (when sold) |
|---|---|---|---|---|
| Satellite A100 | 16, 26, 36, 46 | PSAA0U | January 1, 2006 - April 30 2006 | $1,261 |
| Satellite A105 | 16, 26, 36, 46 | PSAA2U, PSAA8U, PSAA9U | January 1, 2006 - April 30 2006 | $986 |
| Tecra A7 | 16, 26, 36, 46 | PTA70U, PTA71U | January 1, 2006 - April 30 2006 | $684 |

The retail price range of the systems listed above is approximately $684-$1,261.

Additionally, the accessory batteries listed below are also potentially subject to the recall:
PA3451U-1BRS
PA3399U-2BRS

Information Needed to Decipher Date Code:

Pictured below is a sample of a Product Label which is located on the bottom of Toshiba Notebook Computers. All of the information required to identify notebook computers with battery packs that are subject to the recall is available on the label.

The Model Name is shown in "A" below. The Model Prefix is shown in "B" below and is represented by the six alphanumeric character priors to the "-" in the Model Part Number. The Model Serial Number shown in "C" contains the month and year of manufacture of the computer. The first two (2) characters of the Model Serial Number provides this information. The first character represents the production month as follows:

1 = January
2 = February
3 = March
4 = April
5 = May
6 = June
7 = July
8 = August
9 = September
X = October
Y = November
Z = December

The second character represents the production year as follows:

4 = 2004
5 = 2005
6 = 2006

2

Page 3

The example below represents a Tecra A7 with a Model Prefix of PTA71U and was manufactured in February 2006.



(4)  A description of the nature of the defect, failure to comply, or risk. Provide copies of all technical drawings, test results, schematics, or diagrams, blueprints, catalogs or other graphic depictions of the products.

> TAIS has no copies of technical drawings, test results, schematics, or diagrams, blueprints, catalogs or other graphic depictions of the products. Please see the CPSC Full Report filed, or to be filed, by Sony Corporation.

(5)  The nature of the injury or possible injury associated with the product defect, failure to comply, or risk.

> As of this date, TAIS has received no reports of personal injuries associated with the subject battery cells. Please see the CPSC Full Report filed, or to be filed, by Sony Corporation, for information regarding potential injuries.

(6)  The manner in which and the date when the information about the defect, noncompliance, or risk (e.g., complaints, reported injuries, quality control testing) was obtained. If any complaints related to the safety of the product or any allegations or reports of injuries associated with the product have been received, copies of such complaints or reports (or a summary thereof) shall be attached. Give a chronological account of facts or events leading to the report under section 15(b) of the CPSA, beginning with receipt of the first information which ultimately led to the report. Also included may be an analysis of these facts or events. Even if no defect, noncompliance, or risk is acknowledged, please provide copies of all claims (including warranty claims and reports from distributors, retailers, and service centers) and court complaints in which it is alleged that the subject

3

Page 4

product (i) malfunctioned; (ii) is defective; (iii) fails to comply with an applicable standard; (iv) presents a risk of injury; and/or (v) has caused or contributed to personal injury or death. If copies of consumer complaints and other documents requested above are unavailable, indicate the reason they are unavailable and provide a summary containing the names, addresses and telephone numbers of the consumers or of the plaintiffs' attorneys.

(A) The manner in which and the date when the information about the defect was obtained.

### i) Incident in the U.K.:
Date of Incident: January, 2005
Date of Report to Toshiba Corporation: April 29, 2005
Battery Cell Type: US18650G6B
Battery Cell Production Date: August 17, 2004
Model Name of the computer: Qosmio F10
Description of the Incident: Battery pack and the front right corner of the unit was burned/melted.
Conclusion of Sony Corporation: External cause not the result of battery or computer defect.

### ii) Incident in Canada:
Date of Incident: February 7, 2005
Date of Report to Toshiba Corporation: February 8, 2005
Battery Cell Type: US18650G6B
Battery Cell Production Date: October 30, 2003
Model Name of the computer: Tecra A1
Description of the Incident: Computer caught fire
Conclusion of Sony Corporation: External cause not the result of battery or computer defect.

### iii) Incident in Japan:
Date of Incident: September 17, 2006
Date of Report to Toshiba Corporation: September 17, 2006
Battery Cell Type: US18650G6B
Battery Cell Production Lot and Date: 7NL03G, December 3, 2005
Model Name of the computer: Dynabook AX/745LS
Description of the Incident: Smoke and unusual smell were generated
Conclusion of Sony Corporation: Battery cell internal short circuit.

### iv) Incident in Australia:
Date of Incident: November 22, 2006
Date of Report to Toshiba Corporation: November 24, 2006
Battery Cell Type: US18650G6B
Battery Cell Production Lot and Date: 7NL03G, December 3, 2005
Model Name of the computer: Satellite A100

Page 5

Description of the Incident: Smoke emitted from unit
Conclusion of Sony Corporation: Battery cell internal short circuit.

### v) Incident in Indonesia:
Date of Incident: Around June 26, 2006
Date of Report to Toshiba Corporation:
Battery Cell Type: US18650G6B
Battery Cell Production Lot and Date: 7NL03G, December 3, 2005
Model Name of the computer: Satellite A100
Description of the Incident: Battery pack caught fire
Conclusion of Sony Corporation: External cause not the result of battery or computer defect.

### vi) Incident in Japan:
Date of Incident: June 3, 2007
Date of Report to Toshiba Corporation: June 3, 2007
Battery Cell Type: US18650G6B
Battery Cell Production Lot and Date: 7NL03G, December 3, 2005
Model Name of the computer: Dynabook TX/760LS
Description of the Incident: Battery pack caught fire.
Conclusion of Sony Corporation: Battery cell internal short circuit.

### vii) Incident in U.S.:
Date of Incident: On or about May 14, 2007
Date of Report to Toshiba Corporation: June 24, 2007
Battery Cell Type: US18650G6B
Battery Cell Production Lot and Date: 6NI23J, September 23, 2005
Model Name of the computer: Satellite A100
Description of the Incident: Damage to the battery pack on the left side corner of the unit was burned/melted. The burned/melted area included part of the plastic in the top cover and a small portion of the LCD cover.

Status: Sony Corporation is unable to specify the cause of the incident because one of the four battery cells that constitute the battery pack was not returned to TAIS from the customer.

In each incident described above, the battery pack, the battery cells inside the battery pack, and the computer, were shipped to Sony Corporation for analysis. After Sony's analysis of the incident which occurred in Japan on or about June 3, 2007 (6)(1)(vi) above, Sony Corporation recommended that Toshiba Corporation conduct a recall of the battery cell lot manufactured on December 3, 2005. Please see Sony's Full Report to obtain information on the failure analysis of these incidents.

Page 6

    (B) Copies of complaints.

    See Attached Radio Shack Service Center Customer Complaint Form. Except for this Complaint Form, there are no other complaints.

    (C) Chronological account of facts leading to the filing of the report beginning with first information which led to the report.

    See Response Number 6(A) above.

    (D) Any analysis of events.

    Toshiba / TAIS rely on Failure Analysis Reports provided by Sony Corporation. See Failure Analysis Reports provided, or to be provided, by Sony Corporation in its Full Report to the CPSC.

    (E) Copies of all claims.

    See Response Number 6(B) above.

    (F) If copies are unavailable, provide a summary contain the names, addresses and telephone numbers of consumers.

    See Response Number 6(B) above.

(7) The total number of products and units involved.

    Worldwide: Approximately 5,100 notebook computers incorporating the US18650G6B battery cells manufactured by Sony Corporation or its affiliated companies on December 3, 2005 in 7NL03G production lot. Approximately 4,100 notebook computers (of the approximately 5,100) incorporating the US18650G6B battery cells were sold in the U.S.A. at a maximum.

(8) The dates when products and units were manufactured, imported, distributed, and sold at retail.

    **Manufactured from January to April, 2006**

(9) The number of products and units in each of the following: in the possession of the manufacturer or importer, in the possession of private labelers, in the possession of distributors, in the possession of retailers, and in the possession of consumers.

6

Page 7

> There is no inventory of the subject notebook computers at manufacturer, distributor or retailer locations. All notebook computers incorporating the subject battery cells have been sold to consumers.

(10) An explanation of any changes (e.g. designs, adjustments, and additional parts, quality control, testing) that have been or will be effected to correct the defect, failure to comply, or risk and other steps that have been or will be taken to prevent similar occurrences in the future together with the timetable for implementing such changes and steps. Even if no defect, failure to comply, or risk is acknowledged, please provide a summary description of all design changes made to each model during it's production and a copy off all engineering change notices.

> **Toshiba is not the manufacturer of the subject battery cells. Please see the CPSC Full Report filed, or to be filed, by Sony Corporation.**

(11) Information that has been or will be given to purchasers, including consumers, about the defect, noncompliance, or risk with a description of how this information has been or will be communicated. This shall include copies of drafts of any letters, press releases, warning labels, or other written information that has been or will be given to purchasers, including consumers.

> On July 9, 2007 (JT), Toshiba Corporation will publicly announce a product recall in the Japanese domestic market. Consistent with the announcement in Japan by Toshiba Corporation, on July 8, 2007 (USA), TAIS will take the following actions:
>
> TAIS will post an announcement of the recall on its website. In addition:
>
> a. A prominent notice will be placed on the website that says "Battery Pack Recall Information." Clicking will lead to:
>
> POSITION STATEMENT (Exhibit 11-1). Clicking on the Position Statement will lead to information on battery pack replacement program, which contains textual information regarding the recall.
>
> b. An internal FAQ will be prepared to answer questions from the media and other parties. This internal FAQ will be distributed to TAIS Public Relations firm, and to key internal personnel.
>
> c. A Call Center Script (Exhibit 11-2) will be activated in all call centers that respond to questions from the public.
>
> d. NOTIFICATIONS: TAIS will send:

7

Page 8

> TAIS Support Update E:Mail (Exhibit 11-3). Customers who have registered with TAIS's support update mechanism will receive an e:mail notification of the support bulletin referenced in this matter.

(12) The details of and schedule for any contemplated refund, replacement or repair actions, including plans for disposing of returned products (e.g. repair, destroy, return to foreign manufacturer).

> Consumers are encouraged to use the automated battery pack identification software utility supplied on the Toshiba web site. Instructions for manual identification of the subject battery pack will be included on the web site. Consumers may also contact the Toshiba Global Support Center at 800-457-7777 for assistance.
>
> Through any of the methods above, an order for a replacement battery pack will be placed. Toshiba will send the replacement battery pack to the consumer with a Return Material Authorization (RMA) shipping label for shipment of the old battery pack to TAIS free of charge. The battery packs will be returned to TAIS via ground shipment and gathered for bulk shipment return to the battery manufacturer.

(13) A detailed explanation and description of the marketing and distribution of the product from the manufacturer (including importer) to the consumer (e.g., use of sales representatives, independent contractors, and/or jobbers; installation of the product, if any, and by whom).

> TAIS marketed and distributed subject battery packs in Toshiba branded notebook computers.
>
> These units were sold through a variety of channels, including retail, resellers, distributors, Internet and direct sales. Number of the potentially affected units is approximately 5,100 on a worldwide basis, including approximately 4,100 battery packs sold in the U.S.A. at a maximum.

(14) The names and addresses of all distributors, retailers, and purchasers, including consumers.

> There are no affected Toshiba laptop computers in the distribution channel or in TAIS inventory. Approximately 4,100 products were sold to consumers in the U.S.A. at a maximum.

(15) Such further information necessary or appropriate to the functions of the Commission as is requested by the staff.

> None.

Page 9

9