UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WANDA OVALLES, INDIVIDUALLY | : | |
| AND P.P.A. A. OVALLES AND | : | |
| WILSON OVALLES, | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | C.A. NO. 14-137M |
| | : | |
| SONY ELECTRONICS INC.; | : | |
| BEST BUY CO., INC.; FOXCONN | : | |
| INTERNATIONAL INC.; AND | : | |
| JOHN DOE CORPORATIONS 1-4, | : | |
|     Defendants | : | |

## THE DEFENDANT SONY ELECTRONICS INC.'S MOTION FOR A PROTECTIVE ORDER REGARDING THE PLAINTIFFS' THREE RULE 30(b)(6) DEPOSITION NOTICES

Defendant, Sony Electronics Inc. ("SEL") hereby moves for a Protective Order to limit the scope of the 30(b)(6) Depositions noticed by the plaintiffs. Specifically, SEL seeks an order limiting the duration and scope of the depositions, and ordering that the depositions not occur until the Court has had an opportunity to hear argument on the discovery motions set for hearing on June 9, 2016.

SEL relies upon the attached memorandum in support of its motion.

                                              SONY ELECTRONICS INC.

                                              By its attorneys,

                                              */s/ John F. Kelleher, Esq.*
                                              Gerald C. DeMaria, Esq. (#0637)
                                              John F. Kelleher, Esq. (#3854)
                                              HIGGINS, CAVANAGH & COONEY, LLP
                                              123 Dyer Street
                                              Providence, RI 02903-3987
                                              401-272-3500

/s/ *David M. Rogers*
David M. Rogers (Admitted Pro Hac Vice)
CAMPBELL CAMPBELL EDWARDS &
CONROY P.C.
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000


/s/ *Robert J. Hafner, Esq.*
Robert J. Hafner, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place, 22nd Floor
50 S. 16th Street
Philadelphia, PA 19102
*Pro Hac Vice Counsel for Sony Electronics*

**CERTIFICATE OF SERVICE**

     I, John F. Kelleher, certify that on the         day of May, 2016, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. Counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

                                        */s/ John F. Kelleher*