UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WANDA OVALLES, Individually and P.P.A. ADRIAN OVALLES and WILSON OVALLES<br><br>vs.<br><br>SONY ELECTRONICS INC.; BEST BUY CO., INC.; FOXCONN INTERNATIONAL INC., and JOHN CORPORATIONS 1-4 | C.A. No. 14-cv-00137-M-PAS |

## MOTION TO WITHDRAW

Now comes the following non-parties to the above-captioned matter, Kristen Francoueur, R.N., Noelle Mondonsa, R.N., Nicole Campbell, R.N., and Lucina Diogo, R.N., by and through the undersigned counsel, and hereby move to withdraw their respective motions for protective orders filed on or about June 2, 2016.

In support of this Motion, the non-parties state that a written patient authorization allowing them to testify at a deposition regarding confidential health care information of the plaintiff Wilson Ovalles has been provided in accordance with the law.

WHEREFORE, the non-parties withdraw their motions.

The Non-Parties,
By their Attorney,

_____
Timothy M. Zabbo, #7350
Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
55 Dorrance Street,
Providence, RI 02903
(401) 521-6100 Fax (401) 521-1001
tzabbo@adlercohen.com

## CERTIFICATE OF SERVICE

I do hereby certify that on June 7, 2016 this document was filed with ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing and <u>paper copies</u> will be sent those registered as non-participants.

_____
Timothy M. Zabbo