UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
-----------------------------------------------------------------x
|  |  |
|---|---|
| WANDA OVALLES, INDIVIDUALLY AND P.P.A A.O., AND WILSON OVALLES, | |
| Plaintiffs, | Case No. 3:14-CV-137-M-PAS |
| - against - | |
| SONY ELECTRONICS, INC., BEST BUY CO., INC., FOXCONN INTERNATIONAL, INC., AND JOHN DOE CORPORATIONS 1-4, | |
| Defendants. | |

-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

Kindly take notice of the following new address:

    John F. Kelleher

    LaSalle & Kelleher, P.C.

    One Turks Head Place

    Suite 450

    Providence, Rhode Island 02903

    Telephone Number: 401-421-8080

    Email: jkelleher@lasallekelleher.com

Defendants, SONY ELECTRONICS INC.
and BEST BUY CO., INC.

By:

/s/ John F. Kelleher

John F. Kelleher, Esq. (3854)

LASALLE & KELLEHER, P.C.

One Turks Head Place

Providence Rhode Island 02903

jkelleher@lasallekelleher.com

**CERTIFICATION**

I, John F. Kelleher, certify that on this 17th day of June, 2016, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. Counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

*/s/ John F. Kelleher*