UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WANDA OVALLES, et al,. </br> Plaintiffs, </br> </br> v. </br> </br> SONY ELECTRONIC, INC., et al., </br> Defendants. | C. A. No. 14-cv-137-M-PAS |

## ORDER

The Plaintiffs have filed four motions involving discovery disputes with the Defendants. They involve scores of individual interrogatories and requests for production. Reviewing each one separate is not an appropriate use of judicial resources. Moreover, there are a few overriding issues that must be resolved before any individual discovery requests are reviewed. Therefore, the Court enters the following order:

Plaintiffs' Motions to Compel and Strike – ECF Nos. 39, 41, 43, and 64 – are GRANTED as follows:

1. Defendants' objections are overruled – and all answers stricken as to: Wilson Ovalles' Interrogatories; Wanda Ovalles' Interrogatories; Wanda Ovalles' Requests for Production; Wanda Ovalles' Second Requests for Production; and Wilson Ovalles' Second Requests for Production.

2. Within 45 days, the Defendants shall file new responses to all sets of Interrogatories and Requests for Production that were the subject matter of Plaintiffs' Motions to Compel/Strike (ECF Nos. 39, 41, 43, and 64) that:

    a.    Fully respond to each interrogatory or request;

    b.    List any specific objections to the interrogatory or request. Any objections must fully state the specific reason for the objection.

    c.    Specify if they are withholding any documents pursuant to any objection and if so they shall provide a log identifying any documents they withheld because of any objection;

    d.    If Defendants invoke Fed. R. Civ. P. 33 (d), they must identify which specific documents are responsive to which interrogatory or request.

    e.    All interrogatory answers shall be appropriately verified; and

    f.    Defendants need not re-produce previously produced documents but rather may simply reference them by Bates numbers,

3. Responses to each request shall include Sony-manufactured 18650 lithium-ion cylindrical cells manufactured or distributed from 2005 to the present The Court finds that these cells share sufficiently similar construction, anatomy, and failure modes, such that discovery on them in this case is appropriate and proportional.

IT IS SO ORDERED

_/s/ John J. McConnell, Jr._

John J. McConnell, Jr.
United States District Judge

June 29, 2016