# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
 2

 3

 4    WANDA OVALLES, INDIVIDUALLY AND)
      P.P.A.A. OVALLES AND WILSON    )   Civil Action No.
 5    OVALLES,                       )   14-137M
              Plaintiffs,            )
 6                                   )
      VS                             )
 7                                   )
      SONY ELECTRONICS INC.; BEST BUY)
 8    CO., INC,; FOXCONN             )
      INTERNATIONAL, INC.; AND JOHN  )
 9    DOE CORPORATIONS 1-4,,         )
              Defendants.            )
10

11

12
                 DEPOSITION OF:  Julio Posse
13               DATE:           April 23, 2015
                 HELD AT:        Shipman & Goodwin LLP
14                               One Constitution Plaza
                                 Hartford, Connecticut
15

16

17

18

19

20

21

22

23         Reporter:  Robin Balletto, RMR, LSR #230
               BRANDON HUSEBY REPORTING & VIDEO
24                     249 Pearl Street
                 Hartford, Connecticut 06106
25                     (860) 549-1850
```

WANDA OVALLES, ET AL. vs. SONY ELECTRONICS INC., ET AL.
04/23/2015                                                                Julio Posse

Page 22
1  objections, and you can proceed as you see fit.
2      MR. BERGENN: Just for the record, can
3  you articulate what the potential risk is under
4  any rule of evidence for procedure for a document
5  to be shown on the screen before you look at it?
6      MR. HAFNER: I'm entitled to see the
7  document before it is shown to a witness. If we
8  were in a courtroom, the court would require you
9  to let counsel see it before it's shown to the
10 witness, let the judge see it before it's shown to
11 the witness, and I get to decide whether I have
12 any objection. I may or may not, I don't know.
13 But the way you intend to proceed, as I understand
14 it, is the document is up on the screen, it's on
15 the videotape before I even have an opportunity to
16 review it to object.
17     MR. ANGELONE: I join in that objection.
18     MR. HAFNER: We've registered our
19 objection.
20     MR. BERGENN: Thank you. I appreciate
21 your expression. The way these things are set up
22 it's designed so that you can see them
23 simultaneously, and I assure you we will never put
24 this before any trier of fact without court
25 approval.

Page 23
1  BY MR. BERGENN:
2      Q  So we're back with your history, and you were
3  describing the educational background, and I
4  understand you took the sort of engineering technical
5  track instead of the arts and sciences academic track?
6      A  That is correct.
7      Q  And that was post high school?
8      A  No.
9      Q  Or starts in high school?
10     A  No, it starts after grade school.
11     Q  I see. And how far did you go along that
12 track?
13     A  Six years of electronics.
14     Q  And have you since that time had any formal
15 education?
16     A  Many, many seminars and training, but not
17 really school education.
18     Q  And were those generally in connection with
19 your employment?
20     A  Yes.
21     Q  That is to say there would be seminars that
22 your employer sent you to to continue your education?
23     A  Correct.
24     Q  Do you have your CV? I understand you
25 brought it.

Page 24
1      A  I gave it to --
2      Q  I have it.
3      A  I don't have a copy, or I would give it to
4  you.
5      Q  I'm looking at the CV, and I don't have it
6  loaded so I can't show it on the screen, but this is
7  in sort of reverse chronological order, right? The
8  most recent is on top?
9      A  Right. I gave you a copy. I don't have a
10 copy to review.
11     Q  I'm showing you, I don't know if it's the
12 original or the copy, but I'm not sure there should be
13 any difference.
14        Am I correct in looking at the way this is
15 formatted that you have the most recent experience on
16 the front and working backwards is how we can see your
17 chronological education, training, and experience?
18     A  In regards to the formal education is listed
19 first, and then the additional education is, as you
20 mentioned, in reverse chronological order.
21     MR. BERGENN: I see. So let me mark
22     this document, if we could.
23     (Plaintiff's Exhibit 1, CV of Julio
24 Posse: Marked for Identification.)
25

Page 25
1  BY MR. BERGENN:
2      Q  So when I'm looking at the Julio Posse
3  exhibit, the first three pages describe your
4  professional experience; is that correct?
5      A  Yes, sir.
6      Q  And then what would be the fourth page is
7  formal education?
8      A  Correct.
9      Q  And that's what lists your Institute of
10 Applied Electronics for two years, and four years
11 before that Institute of Electronics Technology in
12 Uruguay?
13     A  Yes. The first one is a private school that
14 I attended at night, and I obtained a diploma in radio
15 and television repair.
16     Q  I see. And is that how you start your
17 career, in television repair?
18     A  Yes.
19     Q  And if you could just briefly describe your
20 work experience since 1972 just sequentially, because
21 I'm not sure that this resume is going to cover
22 everything, right?
23     A  That is correct. Well, from the '70s I
24 worked in two major companies in Uruguay and
25 Argentina, one was a representative of major brands