# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------x

WANDA OVALLES, INDIVIDUALLY
AND P.P.A A.O., AND WILSON OVALLES,

                      Plaintiff,

          - against -

SONY ELECTRONICS INC., BEST BUY CO., INC.,
FOXCONN INTERNATIONAL, INC., AND JOHN
DOE CORPORATIONS 1-4,

                      Defendants.

---------------------------------------------------------------x

Case No. 3:14-CV-137-M-PAS

**DECLARATION OF CHRISTOPHER SMITH**

Christopher Smith, under penalty of perjury, declares:

1. I am a partner at Dentons US LLP, resident in its Washington D.C. office. I submit this Declaration in opposition to Plaintiffs' Motion for Sanctions against Sony Electronics Inc. (the "Motion"). I have personal knowledge of the facts and circumstances set forth herein.

2. I often serve as outside counsel to Sony Electronics Inc. (SEL) in connection with matters involving the Consumer Product Safety Commission ("CPSC"). I served as outside counsel to SEL in connection with recalls involving Sony-manufactured lithium-ion 18650 battery cells in 2006-2008 (the "Recalls").[1] I also served as outside counsel to SEL in connection with a 2015 Freedom of Information Act ("FOIA") request that plaintiffs in this action made to the CPSC for documents about the Recalls (the "FOIA Request").

---

[1] The Recalls were CPSC Recall Nos. 06-231, 06-245, 06-270, 07-011, 07-167, 07-267, 09-035.

3. After the Court in this action issued its June 29, 2016 Order, SEL personnel asked me to search for and provide to them whatever hard copy or electronic files I could locate related to the Recalls, including FOIA requests about the Recalls.

4. I was able to locate files about the 2015 FOIA Request, but was unable to locate other files, including the underlying files related to the Recalls in 2006-08. Between June 29, 2016 and August 29, 2016, SEL personnel made several requests to me for the underlying files about the Recalls. I told them in response to each inquiry that I was not able to locate files *other than* files about the 2015 FOIA Request.

5. On September 16, 2016, I was finally able to locate the underlying hard copy files about the Recalls (as well as hard copy files about FOIA requests that I handled for SEL beyond the 2015 FOIA Request), which were located in an off-site storage facility. I quickly forwarded all of these documents to outside counsel in this action for their review.

6. I also advised SEL on September 16, 2016 that I believed that I had e-mails about the Recalls. I have offered to make my e-mails available to SEL for appropriate ESI searches in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2016.

_____
Christopher Smith