**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WANDA OVALLES, INDIVIDUALLY AND P.P.A A.O. AND WILSON OVALLES, | : : : : | Case No. 3:14-CV-137-M-PAS |
| Plaintiff, | : : | |
| -v- | : : : | |
| SONY ELECTRONICS, INC., BEST BUY CO., INC., FOXCONN INTERNATIONAL, INC., AND JOHN DOE CORPORATIONS 1-4, | : : : : : | |
| Defendant. | : : | |

**NOTICE OF NON-FILING OF ATTACHMENT A**
**TO AFFORD DEFENDANTS SONY ELECTRONICS, INC.,**
**BEST BUY CO., INC. AND FOXCONN INTERNATIONAL, INC.**
<u>**AN OPPORTUNITY TO FILE A MOTION TO SEAL**</u>

Please take notice that, pursuant to D.R.I. Local Rule 102(b)(2), Plaintiffs have good reason to believe that certain portions of this Attachment A contain material that Defendants Sony Electronics, Inc., Best Buy Co. Inc., or Foxconn International, Inc. would maintain is confidential, based on designations pursuant to an agreement between the parties regarding the handling of confidential material, and therefore Attachment A will not be filed in connection with Plaintiffs' Reply Memorandum of Law In Further Support of Plaintiffs' Motion for Sanctions for Sony Electronics, Inc.'s Failure to Comply with the Federal Rules of Civil Procedure and the Court's June 29, 2016 Discovery Order until Defendants Sony Electronics, Inc., Best Buy Co. Inc. and Foxconn International, Inc. are afforded an opportunity to file a motion to seal.

Dated: October 14, 2016  Respectfully Submitted,

PLAINTIFF WANDA OVALLES, INDIVIDUALLY
AND P.P.A A.O., AND WILSON OVALLES

By: */s/ Miriam Weizenbaum*

DELUCA & WEIZENBAUM, LTD.
Amato A. DeLuca
Miriam Weizenbaum
199 N. Main Street
Providence, RI 02905
Telephone: (401) 453-1500
Facsimile: (401) 453-1501
bud@delucaandweizenbaum.com
miriam@delucaandweizenbaum.com

*Attorneys for Plaintiff Wilson Ovalles*

SHIPMAN & GOODWIN LLP
James. W. Bergenn (pro hac vice)
Mark K. Ostrowski (pro hac vice)
William J. Ronalter (pro hac vice)
Christopher J. Cahill (pro hac vice)
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
jbergen@goodwin.com
mostrowski@goodwin.com
wronalter@goodwin.com
ccahill@goodwin.com

*Attorneys for Plaintiff Wanda Ovalles, on behalf of herself and her son, A.O.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2016, the foregoing notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                              */s/ Miriam Weizenbaum*

5167182v1