UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

----------------------------------------------------------------x
:
WANDA OVALLES, INDIVIDUALLY :
AND P.P.A A.O., AND WILSON OVALLES, :
:
                      Plaintiffs, :   Case No. 3:14-CV-137-M-PAS
:
    - against - :
:
SONY ELECTRONICS INC., BEST BUY CO., INC., :
FOXCONN INTERNATIONAL, INC., AND JOHN :
DOE CORPORATIONS 1-4, :
:
                      Defendants. :
:
----------------------------------------------------------------X

PURSUANT TO LR Cv 9 DEFENDANT HEREBY GIVES
NOTICE TO THE COURT AND PARTIES THAT DEFEDANT
SEEKS EMRGANGY RELEIF

## DEFENDANT, SONY ELECTRONICS INC'S
## MOTION FOR LEAVE TO FILE A SUR-REPLY

    Defendant, Sony Electronics Inc. ("SEL") hereby moves for an order pursuant to LR Cv 7(b)(3) for leave to file a sur-reply to the plaintiffs' reply memorandum (ECF Docket Entry 106) not to exceed twenty pages in length on or before October 28, 2016.

    In support of its motion, SEL states that plaintiffs filed a thirty two page (many single spaced) reply to SEL's memorandum in opposition to plaintiffs' motion for sanctions on Friday October 14, 2016 at approximately 10:35 PM. Given the severity of the sanctions sought by the plaintiffs in their initial motion, and the new issues raised in the plaintiffs' reply brief, SEL

submits that it should be granted the right to file a sur-reply and that it have until Wednesday October 28, 2016 to do so.

Plaintiffs have no objection to the instant motion.

WHEREFORE, SEL respectfully requests that the court grant its motion in the interests of justice.

SONY ELECTRONICS INC.

By its attorneys,

/s/ John F. Kelleher
John F. Kelleher
LaSalle & Kelleher, P.C.
One Turks Head Place
76 Westminster Street, Suite 450
Providence, RI 02903
(401) 421-8080



/s/ Robert J. Hafner
Robert J. Hafner
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 22nd Floor
50 S. 16th Street
Philadelphia, PA 19102
(215) 851-8457



/s/ David M. Rogers
David M. Rogers
Campbell Campbell Edwards & Conroy PC
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000

# **CERTIFICATION**

I hereby certify that on this 17th day of October, 2016, a true copy of the within document was electronically mailed via the Court's ECF system to:

William J. Ronalter, Esq.
James W. Bergenn, Esq.
Mark K. Ostrowski, Esq.
Christopher J. Cahill, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza Hartford, CT 06103
*Counsel for Wanda Ovalles and Adrian Ovalles*

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd,
199 North Main Street
 Providence, RI 02903
*Counsel for Wilson Ovalles*

Thomas C. Angelone, Esquire
Sean K. Brousseau
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 810
Providence Rhode Island 02903
*Counsel for Foxconn Corp.*

Robert J. Hafner, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 22nd Floor
50 S. 16th Street
Philadelphia, PA 19102
*Counsel for Sony Electronics & Best Buy Co., Inc*

James M. Campbell, Esq.
David M. Rogers, Esq.
John A. H. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza Boston, MA 02129
*Counsel for Sony Electronics & Best Buy Co., Inc.*


*/s/ John F. Kelleher*