UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WANDA OVALLES, INDIVIDUALLY AND P.P.A. A. OVALLES AND WILSON OVALLES, | : : : | |
| Plaintiffs | : : | |
| v. | : : | C.A. NO. 14-137M |
| SONY ELECTRONICS INC.; BEST BUY CO., INC.; FOXCONN INTERNATIONAL INC.; AND JOHN DOE CORPORATIONS 1-4, | : : : : | |
| Defendants | : | |

## MOTION FOR ENTRY OF A SCHEDULING ORDER

Now come the plaintiffs in the above-captioned matter and hereby respectfully request that this Honorable Court enter a scheduling order and specifically seek entry of the following:

Fact Discovery Closure – March 3, 2017

Plaintiffs' Expert Disclosure – May 5, 2017

Defendants' Expert Disclosure – June 2, 2017

Expert Discovery Completed – July 21, 2017

Dispositive Motions – August 7, 2017

Pre-Trial Memoranda – September 4, 2017

Trial – October 2, 2017

WHEREFORE, plaintiffs respectfully request that their Motion for Entry of a Scheduling Order be granted.

Plaintiffs,
By their Attorneys,


/s/ Miriam Weizenbaum
Miriam Weizenbaum (#5182)
Amato A. DeLuca (#0531)
**DeLUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
miriam@dwlaw.us
bud@dwlaw.us


/s/ James W. Bergenn
James W. Bergenn (Federal Bar No. ct00006)
Mark K. Ostrowski (Federal Bar No. ct03378)
William J. Ronalter (Federal Bar No. ct10006)
**SHIPMAN & GOODWIN, LLP**
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
(860) 251-5216 Fax
Jbergenn@goodwin.com
mostrowski@goodwin.com
wronalter@goodwin.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WANDA OVALLES, INDIVIDUALLY : | |
| AND P.P.A. A. OVALLES AND : | |
| WILSON OVALLES, : | |
|     Plaintiffs : | |
| : | |
|     v. : | C.A. NO. 14-137M |
| : | |
| SONY ELECTRONICS INC.; : | |
| BEST BUY CO., INC.; FOXCONN : | |
| INTERNATIONAL INC.; AND : | |
| JOHN DOE CORPORATIONS 1-4, : | |
|     Defendants : | |

## **CERTIFICATION**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies have been sent to those indicated as non-registered participants on this 17th day of November 2016.

                                                  /s/ Jennifer M. St.Cyr