UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

------------------------------------------------------------------x
:
WANDA OVALLES, INDIVIDUALLY :
AND P.P.A A.O., AND WILSON OVALLES, :
    :
                      Plaintiffs, :   Case No. 3:14-CV-137-M-PAS
    :
    - against - :
    :
SONY ELECTRONICS INC., BEST BUY CO., INC., :
FOXCONN INTERNATIONAL, INC., AND JOHN :
DOE CORPORATIONS 1-4, :
    :
                      Defendants. :
    :
------------------------------------------------------------------x

**LIMITED OPPOSITION OF SONY ELECTRONICS INC. AND BEST BUY CO, INC. TO PLAINITFFS' MOTION FOR ENTRY OF A SCHEDULING ORDER**

    The plaintiffs have requested that the court enter a scheduling order.  The defendants agree completely that it makes sense for the court to issue a new scheduling order, but do not agree that the deadlines suggested by the plaintiffs are workable or reasonable given the current status of the case. Counsel for the defendants has conferred at length with plaintiffs' counsel since the motion was filed in an effort to reach an agreement so that a joint proposal could be made, but those efforts have proven unsuccessful. Therefore, the defendants request that the court enter an order containing the following deadlines and terms as opposed to those requested by the plaintiffs.

    March 17, 2017 – Completion of Fact Discovery.

    May 5, 2017 – Service of Plaintiffs' Experts' Reports. Each expert will provide 3 dates during which he or she is available to be deposed between June 12 - August 11, 2017.

    June 9, 2017 – Service of Defendants' Experts' Reports. Each expert will provide 3 dates during which he or she is available to be deposed between August 14 - October 13, 2017.

    Counsel for the defendants agree to make themselves available to depose the plaintiffs' experts on at least one of the dates provided for each of the plaintiffs' experts identified between June 12 – August 11, 2017.

    Counsel for the plaintiffs' agree to make themselves available to depose the defendants' experts on at least one of the dates provided for each of the defendants' experts identified between August 14 – October 13, 2017.

    The depositions will take place in the geographic area where the experts reside or work unless otherwise agreed by the parties. No deposition shall last longer than 7 hours of on-the-record testimony unless otherwise agreed by counsel and the witness. The party taking the deposition will bear the cost for the witness's time spent at the deposition, but not for anything else such as time spent traveling or preparing for the deposition.

    October 13, 2017 – Completion of Expert Depositions.

    TBD – Trial date, summary judgment motions and other pretrial filings.

Counsel for the defendants look forward to the Scheduling Conference on December 7, 2016 to discuss their proposal further with the court.

    SONY ELECTRONICS INC & BEST BUY CO., INC.,
By its attorneys,

/s/ *John F Kelleher*
John F. Kelleher
LASALLE & KELLEHER, P.C.
One Turks Head Place, Suite 450
Providence, RI 02903
(401) 421-8080

/s/ *David M. Rogers*
James M. Campbell
David M. Rogers
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000

            */s/ Robert J. Hafner*
            Robert J. Hafner
            ECKERT SEAMANS CHERMIN & MELLOTT, LLC
            Two Liberty Place, 22nd Floor
            50 S. 16th Street
            Philadelphia, PA 19102
            (215) 851-8457

## **CERTIFICATION**

I hereby certify that on this 2nd day of December, 2016, a true copy of the within document was served electronically through the ECF system to:

 William J. Ronalter, Esq.
 James W. Bergenn, Esq.
 Mark K. Ostrowski, Esq.
 Christopher J. Cahill, Esq.
 Shipman & Goodwin, LLP
 One Constitution Plaza
 Hartford, CT 06103
 *Counsel for Wanda Ovalles and Adrian Ovalles*

 Amato A. DeLuca, Esq.
 Miriam Weizenbaum, Esq.
 DeLuca & Weizenbaum, Ltd,
 199 North Main Street
 Providence, RI 02903
 *Counsel for Wilson Ovalles*

 Thomas C. Angelone, Esquire
 Sean K. Brousseau, Esquire
 Hodosh Spinella & Angleone, P.C.
 One Turks Head Place, Suite 810
 Providence RI 02903
 *Counsel for Foxconn, International, Inc.*

 Robert J. Hafner, Esquire
 Eckert Seamans Cherin & Mellott, LLC
 Two Liberty Place, 22nd Floor
 50 S. 16th Street
 Philadelphia, PA 19102
 *Counsel for Sony Electronics Inc.*

James M. Campbell, Esq.
David M. Rogers, Esq.
John A. K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
*Counsel for Sony Electronics Inc.*

/s/ John F. Kelleher