UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WANDA OVALLES, Individually and  :
P.P.A. ADRIAN OVALLES and        :
WILSON OVALLES                   :
               Plaintiffs :
                           :
vs.                              :   C.A. No. 14-cv-00137-M-PAS
                           :
SONY ELECTRONICS INC.; BEST BUY  :
CO., INC.; FOXCONN INTERNATIONAL :
INC.; and JOHN DOE               :
CORPORATIONS 1-4                 :
               Defendants :

### DEFENDANT'S, FOXCONN INTERNATIONAL INC., OBJECTION TO PLAINTIFFS' MOTION TO LIMIT DISCOVERY, FOR THE IMPOSITION OF SANCTIONS AND FOR EXPEDITED RELIEF

Defendant, *Foxconn International Inc.*, hereby objects to Plaintiffs' motion to limit discovery, for imposition of sanctions and for expedited relief. Defendant relies upon the attached accompanying memorandum in support of its objection.

                                                **FOXCONN INTERNATIONAL, INC.**

                                                By its Attorneys,

                                                */s/ Thomas C. Angelone*
                                                Thomas C. Angelone, Esq.  #1373
                                                **HODOSH, SPINELLA & ANGELONE pc**
                                                One Turks Head Place, Suite 810
                                                Providence, Rhode Island 02903
                                                401-274-0200
                                                Fax 401-274-7538
Dated: February 16, 2017         angelonelaw@aol.com

## CERTIFICATION

I hereby certify that, on the 16th day of February, 2017, I filed and served this document through the electronic filing system on the following parties:

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
bud@dwlaw.com
miriam@dwlaw.us

James W. Bergenn, Esq.
Mark K. Ostrowski, Esq.
William J. Ronalter, Esq.
Christopher Cahill, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
jbergenn@goodwin.com
mostrowski@goodwin.com
wronalter@goodwin.com
ccahill@goodwin.com

John Kelleher, Esq.
LaSalle & Kelleher, P.C.
One Turks Head Place, Suite 450
Providence, RI 02903
jkelleher@lasallekelleher.com

Robert J. Hafner, Esq.
Eckert Seamans Cherin & Mellot
22nd Floor
Two Liberty Place
50 S. 16th Street
Philadelphia, PA 19102
rhafner@eckertseamans.com

Case 1:14-cv-00137-M-PAS   Document 120   Filed 02/16/17   Page 3 of 6 PageID #: 3379

James M. Campbell, Esq.
David M. Rogers, Esq.
Diana A. Chang, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
jmcampbell@campbell-trial-lawyers.com
drogers@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

/s/ *Thomas C. Angelone*
Thomas C. Angelone, Esq.   #1373

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WANDA OVALLES, Individually and P.P.A. ADRIAN OVALLES and WILSON OVALLES <br>                  Plaintiffs <br><br> vs. <br><br> SONY ELECTRONICS INC.; BEST BUY CO., INC.; FOXCONN INTERNATIONAL INC.; and JOHN DOE CORPORATIONS 1-4 <br>                  Defendants | : <br> : <br> : <br> : <br> : <br> :    C.A. No. 14-cv-00137-M-PAS <br> : <br> : <br> : <br> : <br> : |

**DEFENDANT'S, FOXCONN INTERNATIONAL INC.,
MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PLAINTIFFS'
MOTION TO LIMIT DISCOVERY, FOR THE IMPOSITION OF SANCTIONS
AND FOR EXPEDITED RELIEF**

Plaintiffs want the Court to ignore the discovery closure date of March 3, 2017, which is set forth in the Scheduling Order of the Court entered December 19, 2016. The Scheduling Order does not limit what discovery may take place; it sets only a time limit for its completion. There is no rule that prohibits discovery from taking place at any time during the period set by such an order.

Plaintiffs filed a ten-page memorandum in support of their objection to discovery that occurs before – but too close to – the discovery finish line. Plaintiffs' arguments are without merit. If the Court wished to set the finish line earlier or otherwise limit the scope, it would have done so in the Scheduling Order. Moreover, if Plaintiffs were concerned about the period of time allotted by the Court, they should have moved to shorten the finish line, which they did not.

Plain and simply, Plaintiffs' motion should be denied.

FOXCONN INTERNATIONAL, INC.

By its Attorneys,

*/s/ Thomas C. Angelone*
Thomas C. Angelone, Esq.  #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
401-274-0200
Fax 401-274-7538
angelonelaw@aol.com

Dated:   February 16, 2017

## CERTIFICATION

I hereby certify that, on the 16th day of February, 2017, I filed and served this document through the electronic filing system on the following parties:

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
bud@dwlaw.com
miriam@dwlaw.us

James W. Bergenn, Esq.
Mark K. Ostrowski, Esq.
William J. Ronalter, Esq.
Christopher Cahill, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT  06103
jbergenn@goodwin.com
mostrowski@goodwin.com
wronalter@goodwin.com
ccahill@goodwin.com

John Kelleher, Esq.
LaSalle & Kelleher , P.C.
One Turks Head Place, Suite 450
Providence, RI  02903
jkelleher@lasallekelleher.com

Robert J. Hafner, Esq.
Eckert Seamans Cherin & Mellot
22nd Floor
Two Liberty Place
50 S. 16th Street
Philadelphia, PA  19102
rhafner@eckertseamans.com

James M. Campbell, Esq.
David M. Rogers, Esq.
Diana A. Chang, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
jmcampbell@campbell-trial-lawyers.com
drogers@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

/s/ *Thomas C. Angelone*
Thomas C. Angelone, Esq.  #1373