UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WANDA OVALLES, INDIVIDUALLY AND P.P.A A.O., AND WILSON OVALLES, <br><br> Plaintiffs, <br><br> - against - <br><br> SONY ELECTRONICS, INC., BEST BUY CO., INC., FOXCONN INTERNATIONAL, INC., AND JOHN DOE CORPORATIONS 1-4, <br><br> Defendants. | Case No. 3:14-CV-137-M-PAS |

### DEFENDANT, SONY ELECTRONICS INC.'S MOTION FOR RECONSIDERATION

Defendant, Sony Electronics Inc., hereby moves for reconsideration of this Court's Orders of February 10, 2017 and February 22, 2017. Defendant relies upon the memorandum filed contemporaneously herewith in support of its motion.

Defendant respectfully requests a hearing pursuant to LR Cv 7(e) and estimates that the hearing will take approximately one hour.

Defendant, Sony Electronic Inc.

By its attorneys,

/s/ John F. Kelleher
John F. Kelleher
LASALLE & KELLEHER, P.C.
One Turks Head Place
76 Westminster Street, Suite 450
Providence, RI 02903
(401) 421-8080

/s/ Robert J. Hafner
Robert J. Hafner
ECKERT, SEAMANS, CHERIN & MELLOT, LLC
Two Liberty Place, 22nd Floor
50 S. 16th Street
Philadelphia, PA  19102
(215) 851-8457


/s/ David M. Rogers
CAMPBELL, CAMPBELL, EDWARDS 7 CONROY, PC
One Constitution Place, 3rd Floor
Boston, MA  02129
(617) 241-3000


## **CERTIFICATION**

I hereby certify that on this 15th day of February, 2017, a true copy of the within document was electronically mailed to:


William J. Ronalter, Esq.
James W. Bergenn, Esq.
Mark K. Ostrowski, Esq.
Christopher J. Cahill, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
*Counsel for Wanda Ovalles and Adrian Ovalles*

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd,
199 North Main Street
Providence, RI 02903
*Counsel for Wilson, Wanda & Adrian Ovalles*

Thomas C. Angelone, Esquire
Sean K. Brousseau
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 810
Providence Rhode Island 02903
*Counsel for Foxconn International, Inc.*

Robert J. Hafner, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 22nd Floor
50 S. 16th Street
Philadelphia, PA 19102
*Counsel for Sony Electronics & Best Buy Co., Inc*

James M. Campbell, Esq.
David M. Rogers, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza Boston, MA 02129
*Counsel for Sony Electronics & Best Buy Co., Inc.*

*/s/ John F. Kelleher*